IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHNNY ELLIS,

    Petitioner,

v.                                                                                    No. 2:21-cv-00947-MIS-JMR

STATE OF NEW MEXICO,

    Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on October 5, 2023. ECF No. 24. The proposed findings notified petitioner Johnny Ellis of his ability to file objections within fourteen (14) days, and that failure to do so waives appellate review. To date, Mr. Ellis has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

    **IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 24) is ADOPTED;

2. Petitioner Johnny Ellis's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (ECF No. 6) is DISMISSED WITH PREJUDICE; and

3. A final judgment is entered concurrently with this order.

                                                                                   _____
                                                                                   **MARGARET STRICKLAND**
                                                                                    UNITED STATES DISTRICT JUDGE